Aadil ASHFAQUE, Appellant (Defendant below),

v.

STATE of Indiana, Appellee (Plaintiff below).

No. 49S02–1505–CR–288.

Supreme Court of Indiana.

Oct. 7, 2015.

Mark W. Rutherford, Stephen R. Donham, Indianapolis, IN, Attorneys for Appellant.

Gregory F. Zoeller, Attorney General of Indiana, Ellen H. Meilaender, Deputy Attorney General, Indianapolis, IN, Attorneys for Appellee.

On Petition to Transfer from the Indiana Court of Appeals, No. 49A02–1404–CR–286

Aadil Ashfaque appeals the trial court's denial of his motion to dismiss charges of dealing in and possession of a synthetic drug, namely XLR11 [ (1–(5–fluoropentyl)indol–3–yl)–(2,2,3,3–tetramethylcyclopropyl)methanone]. For the reasons set forth in our companion decision of *Tiplick v. State,* also issued today, we find no constitutional or statutory infirmity to these charges, but nevertheless dismiss them due to the inadequacy of the charging information, and remand to the trial court for all other proceedings consistent with that opinion.

RUSH, C.J., and DICKSON, RUCKER, and DAVID, JJ., concur.